UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. |
| IZZO GROUP, INC. and PASCO IZZO, SR. | ) |
| Defendants. | ) |

## NOTICE OF LODGING

Plaintiff, the United States of America, hereby notifies the Court that it is lodging herewith, on the same date it is filing the Complaint herein, a Consent Decree for the recovery of costs incurred undertaking a removal action at the five acre Cohen Property Superfund Site ("Site") located in the City of Taunton, Massachusetts. This suit was filed pursuant to Sections 107(a) and 113 of the Comprehensive Environmental Recovery and Liability Act of 1980 ("CERCLA"), as amended, 42 U.S.C. §§ 9607 and 9613. The Consent Decree is being lodged with the Court pending solicitation and consideration of public comments.

Consistent with Department of Justice policy, 28 C.F.R. § 50.7, and 42 U.S.C. § 9622(d), the Department of Justice will publish in the Federal Register a notice of the lodging of this Consent Decree. This publication will initiate a required 30 day comment period. The United States will advise the Court when the public comment period has expired. **During the pendency of the public comment period, no action is required of the Court.**

After the close of the public comment period, the United States will evaluate any comments received and will move for entry of the Consent Decree, unless the comments disclose

facts or considerations which indicate that the proposed Decree is inappropriate, improper or inadequate.

                                                Respectfully submitted,

                                                THOMAS L. SANSONETTI
                                                Assistant Attorney General
                                                Environment and Natural Resources Division
                                                U.S. Department of Justice
                                                Washington, D.C. 20530

7/28/04
Date

                                                J. TOM BOER, Trial Attorney
                                                Environmental Enforcement Section
                                                Environmental and Natural Resources
                                                 Division
                                                U.S. Department of Justice
                                                P.O. Box 7611
                                                Washington, D.C. 20044-7611


                                                MICHAEL J. SULLIVAN
                                                United States Attorney
                                                District of Massachusetts


                                                GEORGE B. HENDERSON, II
                                                Assistant United States Attorney
                                                Office of the United States Attorney
                                                District of Massachusetts
                                                1 Courthouse Way, Suite 9200
                                                Boston, MA 02210
                                                (617) 748-3100

OF COUNSEL:
LLOYD SELBST, ESQ.
Senior Enforcement Counsel
U.S. Environmental Protection Agency, New England Region
1 Congress Street, Suite 1100
Boston, Ma. 02114-2023
(617) 918-1739