UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. |
| ) | 1:04-CV-11689 (GAO) |
| IZZO GROUP, INC. and PASCO IZZO, SR. ) | |
| ) | |
| Defendants. ) | |

**ORDER FOR THE ENTRY OF CONSENT DECREE**

This matter comes before this Court on Plaintiffs' Unopposed Motion To Enter Consent Decree between the plaintiff United States and settling defendants, Izzo Group, Inc., and Pasco Izzo, Sr. This Court, having considered the supporting papers and any papers filed in opposition thereto, and the Court being sufficiently advised,

IT IS THIS _____ day of _____, 2004,

ORDERED that the Plaintiffs' Unopposed Motion to Enter Consent Decree is granted.

IT IS FURTHER ORDERED that the Consent Decree shall be entered as a final judgment, pursuant to Fed. R. Civ. P. 58.

_____
UNITED STATES DISTRICT COURT